# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: DANIELA WOJCIK and STANLEY WOJCIK § § § § §

Case No. 10-48700
Hon. PAMELA S. HOLLIS
Chapter 7

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30a.m. on 06/14/2011 in Courtroom 644, Dirksen Federal Building Courthouse, 219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: Clerk U. S. Bankruptcy Court
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
<u>NORTHERN</u> **DISTRICT OF** <u>ILLINOIS</u>
<u>EASTERN DIVISION</u>

In re: DANIELA WOJCIK and STANLEY WOJCIK § § § § Case No. 10-48700
Hon. PAMELA S. HOLLIS
Chapter 7

Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $4,900.00 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of* [1] | $4,900.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $4,900.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $1,225.00 | $0.00 | $1,225.00 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $18.12 | $0.00 | $18.12 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $1,305.00 | $0.00 | $1,305.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Charges,* <u>*U.S. Bankruptcy Court*</u> | |
| *Fees,* <u>*United States Trustee*</u> | |
| Other | |
| Total to be paid for chapter 7 administrative expenses: | $2,548.12 |
| Remaining balance: | $2,351.88 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for           , Fees* | | | |
| *Attorney for           , Expenses* | | | |
| *Accountant for         , Fees* | | | |
| *Accountant for         , Expenses* | | | |
| Other | | | |
| Total to be paid for prior chapter administrative expenses: | | | $0.00 |
| Remaining balance: | | | $2,351.88 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$0.00_____ must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $2,351.88 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $270,681.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $4,174.75 | $0.00 | $36.27 |
| 2 | Chase Bank USA, N.A. | $1,548.62 | $0.00 | $13.46 |
| 3 | Marquette Bank | $227,978.16 | $0.00 | $1,980.84 |
| 4 | FIA Card Services, successor to Bank of America and MBNA America Bank | $36,979.63 | $0.00 | $321.31 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $2,351.88 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be __0__ percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim No.* | *Claimant* | *Allowed Amount of Claim* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |
| | Total to be paid for subordinated claims: | | | $0.00 |
| | Remaining balance: | | | $0.00 |

Prepared By: /s/ ALLAN J. DeMARS
        Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street
Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-48700-PSH
Daniela Wojcik                                                      Chapter 7
Stanley Wojcik
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: arodarte            Page 1 of 2            Date Rcvd: May 13, 2011
                              Form ID: pdf006           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2011.
```
db/jdb     +Daniela Wojcik,   Stanley Wojcik,   3940 W. 63rd St.,   Chicago, IL 60629-4653
aty        +Philip A Igoe,   The Igoe Law Firm, Ltd.,   221 N LaSalle St,   Suite 2301,
             Chicago, IL 60601-1206
tr         +Allan J DeMars,   Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
16355196   +Bank of America,   PO Box 5170,   Simi Valley, CA 93062-5170
16355197   +Cco Mortgage Corp.,   2812 Emerywood Pkwy,   Richmond, VA 23294-3727
16355201   +Chase,   201 N. Walnut St//De1-1027,   Wilmington, DE 19801-2920
16355200   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
16355199   +Chase,   Po Box 24696,   Columbus, OH 43224-0696
16736831    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16355202   +Daniell's Series LLC,   13600 Pheasant Circle,   Lockport, IL 60491-9483
16355204   +Emc Mortgage,   Attention:   Bankruptcy Clerk,   Po Box 293150,   Lewisville, TX 75029-3150
16355205   +I C System Inc,   Po Box 64378,   Saint Paul, MN 55164-0378
16459437  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court: Department of the Treasury-Internal Revenue Servic,
             Centralized Insolvency Operations,   PO Box 21126,   Philadelphia PA 19114)
16355206   +Marquette Bank,   Corporate Center,   10000 West 151st Street,   Orland Park, IL 60462-3140
16806402   +Marquette Bank,   David S Adduce,   Kelly Olson Michod DeHaan & Richter LLC,
             333 W Wacker Dr Ste 2000,   Chicago, IL 60606-1288
16355207   +Marquette Bk,   6316 South Western Avenue,   Chicago, IL 60636-2491
16355208   +Marquette National Ban,   6316 South Western Avenue,   Chicago, IL 60636-2491
16355212   +Old Plank Trail Community Bank,   352 West Maple Street,   New Lenox, IL 60451-2953
16459438   +Peoples Gas Light & Coke Company,   130 E Randolph Drive,   Chicago IL 60601-6207
16355214    Pierce and Associates,   1 North Dearborn, suite,   Chicago, IL 60603
16355219   +Rnb-fields3,   Po Box 9475,   Minneapolis, MN 55440-9475
16355220   +World Savings & Loan,   Attn: Bankruptcy,   4101 Wiseman Blvd,   San Antonio, TX 78251-4201
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16688669    E-mail/PDF: mrdiscen@discoverfinancial.com May 14 2011 10:06:56    Discover Bank,
             Discover Products Inc.,   PO Box 3025,   New Albany, OH   43054-3025
16355203   +E-mail/PDF: mrdiscen@discoverfinancial.com May 14 2011 10:06:56    Discover Fin,
             Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
17134889    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 14 2011 10:06:55
             FIA Card Services, NA/Bank of America,   MBNA America Bank NA,
             by American InfoSource LP as its agent,   PO Box 248809,   Oklahoma City, OK 73124-8809
16355209   +E-mail/Text: bankrup@nicor.com May 14 2011 09:47:47    Nicor Gas,
             Attention:   Bankruptcy Department,   Po Box 190,   Aurora, IL 60507-0190
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16355198     Charter One Na
16355213     Peoples Gas,   Must call local office or 877-832-6747
aty*        +Allan J DeMars,   Spiegel & DeMars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
aty*        +Allan J DeMars,   Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
16355210*   +Nicor Gas,   Attention:   Bankruptcy Department,   Po Box 190,   Aurora, IL 60507-0190
16355211*   +Nicor Gas,   Attention:   Bankruptcy Department,   Po Box 190,   Aurora, IL 60507-0190
16355215*    Pierce and Associates,   1 North Dearborn, suite,   Chicago, IL 60603
16355216*    Pierce and Associates,   1 North Dearborn, suite,   Chicago, IL 60603
16355217*    Pierce and Associates,   1 North Dearborn, suite,   Chicago, IL 60603
16355218*    Pierce and Associates,   1 North Dearborn, suite,   Chicago, IL 60603
16355221*   +World Savings & Loan,   Attn: Bankruptcy,   4101 Wiseman Blvd,   San Antonio, TX 78251-4201
16355222*   +World Savings & Loan,   Attn: Bankruptcy,   4101 Wiseman Blvd,   San Antonio, TX 78251-4201
16355223*   +World Savings & Loan,   Attn: Bankruptcy,   4101 Wiseman Blvd,   San Antonio, TX 78251-4201
16355224*   +World Savings & Loan,   Attn: Bankruptcy,   4101 Wiseman Blvd,   San Antonio, TX 78251-4201
16355225*   +World Savings & Loan,   Attn: Bankruptcy,   4101 Wiseman Blvd,   San Antonio, TX 78251-4201
                                                                               TOTALS: 2, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: arodarte            Page 2 of 2              Date Rcvd: May 13, 2011
                              Form ID: pdf006           Total Noticed: 26

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 15, 2011**                **Signature:**        /s/ Joseph Speetjens